RONALD D. ARENA, Bar No. 218421
MICHAEL HOFFMAN, Bar No. 162496
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: 415.433.1414
Fax: 415.520.0446
Email: rarena@arenahoffman.com

Attorneys for Plaintiff ALLEN W. GOETSCH

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN W. GOETSCH,<br><br>       Plaintiff,<br><br>v.<br><br>SOLIANT CONSULTING, INC.,<br><br>       Defendant. | Case No. 10-CV-05413 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING REFERRAL TO MEDIATION BEFORE COURT'S ADR PROGRAM** |

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 1200
San Francisco, CA 94104.4622
415.433.1414

STIPULATION AND [PROPOSED] ORDER JOINT REQUESTING REFERRAL TO ADR PROGRAM    1.    CASE NO.10-CV-05413 JSW

Pursuant to the Court's March 11, 2011 Case Management Order and ADR Local Rule 6, counsel for the parties state that they have reviewed information from the Northern District of California's website related to the Court's ADR Program, that they have discussed ADR options with their clients, and that they have met and conferred regarding selection of an appropriate ADR process  Having done so, the parties hereby respectfully request to participate in mediation pursuant the Court's ADR Program and hereby respectfully request panelist Jeffrey D. Wohl to serve as the mediator.  Pursuant to the Court's March 11, 2011 Case Management Order, the mediation is to be completed on or before July 11, 2011.

Dated: April 6, 2011

/S/
RONALD D. ARENA
ARENA HOFFMAN LLP
Attorneys for Plaintiff ALLEN W. GOETSCH

Dated: April 6, 2011

/S/
CHRIS C. SCHEITHAUER
MCDERMOTT WILL & EMERY LLP
Attorneys for Defendant SOLIANT CONSULTING, INC.

IT IS SO ORDERED: The parties are ordered to complete mediation by no later than July 11, 2011.

Dated: April 6, 2011

*Jeffrey S White*

---

STIPULATION AND [PROPOSED] ORDER JOINT REQUESTING REFERRAL TO ADR PROGRAM

2.

CASE NO.10-CV-05413 JSW