1 | RONALD D. ARENA, Bar No. 218421
2 | MICHAEL HOFFMAN, Bar No. 162496
    ARENA HOFFMAN LLP
    44 Montgomery Street, Suite 1200
3 | San Francisco, CA 94104
    Telephone: 415.433.1414
4 | Fax: 415.520.0446
    Email: rarena@arenahoffman.com
5
6 | Attorneys for Plaintiff ALLEN W. GOETSCH
7
8 | CHRIS C. SCHEITHAUER, Bar No. 184798
    McDERMOTT WILL & EMERY LLP
    18191 Von Karman Ave, Suite 500
9 | Irvine, CA 92612-7108
    Telephone: 949.851.0633
10 | Fax: 949.851.9348
11 | Attorneys for Defendant SOLIANT CONSULTING, INC.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ALLEN W. GOETSCH, | Case No. 10-CV-05413 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE** |
| v. | |
| SOLIANT CONSULTING, INC., | |
| Defendant. | |

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 1200
San Francisco, CA 94104.4622
415.433.1414

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION — 1. — CASE NO.10-CV-05413 JSW

1  The parties to this matter, through their attorneys of record, Ronald D. Arena of Arena Hoffman LLP on behalf of Plaintiff ALLEN W. GOETSCH and Chris C. Scheithauer of McDermott Will & Emery on behalf of Defendant SOLIANT CONSULTING, INC., do hereby stipulate as follows:

1.  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereto voluntarily dismiss the entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: June 20, 2011

```
                                    /S/
                              _____
                              RONALD D. ARENA
                              ARENA HOFFMAN LLP
                              Attorneys for Plaintiff ALLEN W.
                              GOETSCH
```

Dated: June 20, 2011

```
                                    /S/
                              _____
                              CHRIS C. SCHEITHAUER
                              MCDERMOTT WILL & EMERY LLP
                              Attorneys for Defendant SOLIANT
                              CONSULTING, INC.
```

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED:

Dated: June 21, 2011

*/s/ Jeffrey S. White*

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 1200
San Francisco, CA 94104.4622
415.433.1414

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION — 2. — CASE NO.10-CV-05413 JSW